IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BRUCE MURRAY                                                                                  PLAINTIFF

v.                                        No. 2:15-cv-31-DPM

UNION PACIFIC RAILROAD COMPANY                                           DEFENDANT

JUDGMENT

Murray's complaint is dismissed without prejudice on conditions. № 39.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2016